IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 7:25-cr-00433 |
| | ) | |
| | ) | 18 U.S.C. § 922(g) |
| vs. | ) | 18 U.S.C. § 933(a) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 18 U.S.C. § 934 |
| **KATELIN LEE ABERNATHY,** | ) | 28 U.S.C. § 2461(c) |
| a/k/a "KK" | ) | |

**INFORMATION**

**COUNT 1**
*(Felon in Possession of a Firearm)*

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 10, 2023, in the District of South Carolina, the Defendant, KATELIN LEE ABERNATHY, a/k/a "KK," knowingly possessed a firearm in and affecting interstate commerce, that is a Keltec 9mm pistol, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that she had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT 2**
*(Trafficking in Firearms)*

THE UNITED STATES ATTORNEY FURTHER CHARGES:

On or about the August 11, 2023, in the District of South Carolina, the Defendant, KATELIN LEE ABERNATHY, a/k/a "KK," did transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Keltec 9mm pistol, to Robert Weick in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or

possession of the firearm by Robert Weick would constitute a felony, or did attempt or conspire to do so;

In violation of Title 18, United States Code, Section 933(a)(1).

## FORFEITURE

FIREARM OFFENSES:

Upon conviction for felony violation of Title 18, United States Code, Sections 922 and 933 as charged in this Information, the Defendant, KATELIN LEE ABERNATHY, a/k/a "KK", shall forfeit to the United States all of the Defendant's rights, title, and interest in and to any firearms and ammunition (as defined in 18 U.S.C. § 921) involved in or used in any knowing violation of 18 U.S.C. § 922 or 933, or violation of any other criminal law of the United States, or intended to be used in a crime of violence; any property used or intended to be used, in any manner or part, to commit or facilitate the commission of the 18 U.S.C. § 933 offense, and any property, real or personal, which constitutes, is traceable, or is derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such offense.

PROPERTY:

Pursuant to Title 18, United States Code, Sections 924(d)(1) and 934, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offenses charged in this Information includes, but is not limited to, the following:

   A.   Cash Proceeds / Forfeiture Judgment:

   A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the transferring a firearm to a felon offense charged in this Information, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to her violation of 18 U.S.C. § 933.

   B.   Firearms:

   (1)   Glock, Model 17, 9mm pistol with drum with sear switch added
   Serial Number: ZTG335
   Seized from: Katelin Lee Abernathy

    (2)    Thompson Center rifle
Serial Number: 70995
Seized from: Katelin Lee Abernathy

    (3)    Chinese Type 56 (SKS), 7.62x39 caliber rifle
Serial Number: 10321914
Seized from: Katelin Lee Abernathy

    (4)    Savage Arms/Stevens, Model 320, 20 gauge shotgun
Serial Number: 196976F
Seized from: Katelin Lee Abernathy

    (5)    Smith & Wesson, Model M&P-15, 5.56 caliber rifle
Serial Number: SP876748
Seized from: Katelin Lee Abernathy

    (6)    Palmetto State Armory, Model PA-15, 300 AAC caliber rifle
Serial Number: SCB952779
Seized from: Katelin Lee Abernathy

    (7)    Colt, Model King Cobra, .357 caliber revolver
Serial Number: RA2996434
Seized from: Katelin Lee Abernathy

    (8)    Springfield Armory, Model 1911-A1, 9mm pistol
Serial Number: NM470144
Seized from: Katelin Lee Abernathy

    (9)    Springfield Armory, Model 1911 Range Officer Elite Champion, .45 caliber pistol
Serial Number: LW170595
Seized from: Katelin Lee Abernathy

    (10)    Keltec 9mm pistol with magazine
Serial Number: SoQ75
Seized from: Robert Weick

C.     <u>Magazines</u>:

    (1)    Eight (8) pistol magazines
Seized from: Katelin Lee Abernathy

    (2)    Two (2) rifle magazines
Seized from: Katelin Lee Abernathy

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of a Defendant:

    (1)    Cannot be located upon the exercise of due diligence;
    (2)    Has been transferred or sold to, or deposited with a third party;
    (3)    Has been placed beyond the jurisdiction of the Court;
    (4)    Has been substantially diminished in value; or
    (5)    Has been commingled with other property which cannot be subdivided without difficulty.

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), (incorporating Title 21, United States Code, Section 853(p)), to seek forfeiture of any other property of the said Defendant up to the value of the above forfeitable property.

Pursuant to Title 18, United States Code, Sections 924(d)(1) and 934, and Title 28, United States Code, Section 2461(c).

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

By: *Jamie Lea Schoen*
Jamie Lea Schoen (Fed. ID # 11386)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:   864-282-2100
Fax:   864-233-3158
Email: Jamie.l.schoen@usdoj.gov